UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                    :
TRUSTEES OF THE NEW YORK CITY DISTRICT            :
COUNCIL OF CARPENTERS PENSION FUND,               :
WELFARE FUND, ANNUITY FUND, and                   :          25-CV-10742 (JAV)
APPRENTICESHIP, JOURNEYMAN RETRAINING,            :
EDUCATIONAL AND INDUSTRY FUND, et al.,            :          ORDER
                                                                    :
                              Petitioners,           :
                                                                    :
        -v-                                                   :
                                                                    :
                                                                    :
PRIMER CONSTRUCTION CORP.,                          :
                                                                    :
                              Respondent.            :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 29, 2025, Petitioners filed a petition to confirm an arbitration award.  On January 6, 2026, Petitioners served the petition and supporting papers upon Respondent, via personal service at the Office of the New York State Secretary of State, by leaving the papers with Tahim Hafiz, an authorized person in the Corporation Division of the Department of State. *See* ECF Nos. 7, 8, 10.

Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **February 9, 2026**.  Respondent's opposition, if any, is due on **February 23, 2026**.  Petitioners' reply, if any, is due **March 2, 2026**.

Petitioners shall serve this Order, upon Respondents no later than **February 2, 2026**, and shall file an affidavit of such service with the court no later than **February 9, 2026**.

SO ORDERED.

Dated: January 29, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2