**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEE OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RESTRAINING, EDUCATIONAL AND
INDUSTRY FUND et al.,

                 Petitioners,                            25 **CIVIL** 10742 (JAV)

    -against-                                  **JUDGMENT**

 PRIMER CONSTRUCTION CORP.,

                 Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 12, 2026, the Petition is GRANTED, the September 8, 2025 Award is confirmed, and Judgment is entered in favor of Petitioners and against Respondent as follows: 1. Confirming the Award in all respects; 2. Ordering Respondent to make its books and records available to Petitioners within thirty (30) days for purposes of an audit in compliance with the Award; 3. Awarding Petitioners $94,294.06 pursuant to the Award, plus pre-judgment interest on the Award from September 3, 2025, through the date of judgement, at the annual rate of 9.5% amounting to $4,440.86 in pre-judgment interest; 4. Awarding Petitioners $484.50 in costs arising out of this proceeding; 5. Awarding Petitioners $573.50 in attorneys' fees arising out of this proceeding; and 6. Awarding Petitioner post-judgment interest at the statutory rate. Accordingly, the case is closed.

**Dated**: New York, New York

March 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**